SCHNEIDER WALLACE COTTRELL KONECKY LLP
JOSHUA KONECKY (SBN 182897)
jkonecky@schneiderwallace.com
NATHAN PILLER (SBN 300569)
npiller@schneiderwallace.com
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiffs MARK BODE,
JASON ASHER and MARTY COOK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BODE, JASON ASHER, and MARTY COOK, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>C.R. ENGLAND, INC.,<br><br>Defendant. | Case No: 3:20-cv-01620-JCS<br><br>Assigned to the Hon. Joseph C. Spero<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Date Action Filed: March 5, 2020 |

1  Plaintiffs MARK BODE, JASON ASHER and MARTY COOK
2  ("Plaintiffs"), by and through their counsel of record, hereby dismiss this entire
3  action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)  as follows:
4  WHEREAS, on February 17, 2021, the Court entered an order: (1)
5  dismissing Plaintiffs' putative class action allegations and representative claims
6  under the Private Attorneys General Act (PAGA); (2) requiring Plaintiffs to pursue
7  their remaining individual claims in separate, individual arbitrations; and (3)
8  staying the lawsuit pending the completion of the three individual arbitrations.
9  WHEREAS, the dismissal of the class and representative claims was made
10  pursuant to a stipulation filed by the parties on or about February 12, 2021, in light
11  of a previous order granting final approval in a separate wage and hour action
12  entitled *William Gradie et al. v. C.R. England, Inc.*, Case No. 2:16-cv-00768-DN
13  (D. Utah), which had alleged the same, similar and/or overlapping class and
14  representative action claims.
15  WHEREAS, the dismissal was without prejudice to the class and
16  representative claims.
17  WHEREAS, the parties have since engaged in good-faith settlement
18  discussions and have executed a settlement resolving all of Plaintiffs' remaining
19  individual claims.
20  WHEREFORE, Plaintiffs hereby dismiss their remaining claims in this
21  action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i):
22  1.  All claims asserted by Plaintiffs against Defendant C.R. England, Inc.,
23  remaining in this lawsuit after the above-referenced Order of February 17, 2021,
24  shall be, and hereby are, dismissed with prejudice.
25  2.  Plaintiffs and Defendant C.R. England, Inc. each agree to bear their
26  respective attorneys' fees and costs.
27  3.  Plaintiffs agree that this notice of dismissal shall have the effect of
28  dismissing this entire action.

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: December 13, 2021 | SCHNEIDER WALLACE COTTRELL KONECKY LLP |
| 3 | | |
| 4 | | By: */s/ Joshua C. Konecky* |
| 5 | | Joshua C. Konecky |
| 6 | | Attorneys for Plaintiffs Mark Bode, Jason Asher, and Marty Cook |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2021, I electronically filed the foregoing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: December 13, 2021                    SCHNEIDER WALLACE
                                           COTTRELL KONECKY LLP

                                           By:  */s/ Joshua C. Konecky*
                                                Joshua C. Konecky